UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-21803-FAM

**PEDRO VERGARA**,

    Plaintiff,

vs.

**NIKE, INC, a foreign for-profit corporation,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff PEDRO VERGARA, by and through his undersigned Counsel, and Defendant, NIKE, INC., by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

    DATED: August 3, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

2

**SEYFARTH SHAW LLP**
Counsel for Defendant
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309
(404) 885-1500
adrummond@seyfarth.com

By: /s/  Alex S. Drummond
      ALEX S. DRUMMOND
      Fla. Bar No. 0038307